FILED
2022 Jan-14 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TAMMY KINCAID,** | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 2:21-cv-641-AKK |
| **SYMETRA LIFE INSURANCE COMPANY,** | ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

DATED: 1/14/2022

SHARON N. HARRIS, CLERK

By: Karen Humphrey
    Deputy Clerk